IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01465-BNB

CRYSTAL VICTORIA BALLTRIP,

      Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC.,

      Defendant.

---

## ORDER DRAWING CASE

---

      Plaintiff, acting *pro se*, has initiated this action by submitting a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint. Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1D.  Accordingly, it is

      ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

      DATED August 1, 2013, at Denver, Colorado.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge